# Order

Michigan Supreme Court
Lansing, Michigan

March 22, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153772

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TERRY DeJUAN HOLLIS,
        Defendant-Appellant.

SC: 153772
COA: 329396
Wayne CC: 02-013849-FC

_____/

On order of the Court, the application for leave to appeal the March 24, 2016 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2017



Clerk

d0315